IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARRISH TELLIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:18-CV-961-WHA-KFP |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On December 20, 2021, the Magistrate Judge entered a Recommendation that Petitioner Tarrish Tellis's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 24.) Tellis has filed Objections to the Recommendation. (Doc. 25.) Upon an independent review of the record and upon consideration of the Recommendation and Tellis's Objections, it is ORDERED that:

(1) Tellis's Objections (Doc. 25) are OVERRULED;

(2) the Magistrate Judge's Recommendation (Doc. 24) is ADOPTED; and

(3) this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

DONE this 4th day of January, 2022.

        /s/    W. Harold Albritton
        W. HAROLD ALBRITTON
        SENIOR UNITED STATES DISTRICT JUDGE