IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TARRISH TELLIS,             )<br>                             )<br>    Petitioner,           )<br>                             )      CIVIL ACTION NO.<br>    v.                       )        2:18cv961-MHT<br>                             )             (WO)<br>UNITED STATES OF AMERICA,    )<br>                             )<br>    Respondent.              )| |

### ORDER

This cause is now before the court on petitioner's motion for certificate of appealability (Doc. 49 at 4).

To obtain a certificate of appealability a prisoner must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court finds that the petitioner has failed to make this showing.

***

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 14th day of March, 2023.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE